**Marco Aurelio PEREZ, Appellant,**

v.

**Alicia Maria BORGA, Appellee.**

**No. 4D15–4524.**

District Court of Appeal of Florida, Fourth District.

Nov. 2, 2016.

Jose C. Bofill of Bofill Law Group, Miami, for appellant.

No brief filed for appellee.

PER CURIAM.

*Affirmed. See Applegate v. Barnett Bank of Tallahassee,* 377 So.2d 1150 (Fla. 1979).

CIKLIN, C.J., DAMOORGIAN and CONNER, JJ., concur.